IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Washington, Robert C | Case Number: 08 B 18109 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 7/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 13, 2009
Confirmed: October 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,000.38 | |
| Secured: | | 810.45 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 124.31 |
| Trustee Fee: | | 65.62 |
| Other Funds: | | 0.00 |
| Totals: | 1,000.38 | 1,000.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 3,274.00 | 124.31 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 13,882.77 | 810.45 |
| 5. | Wells Fargo Home Mortgage | Secured | 15,825.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 7,248.18 | 0.00 |
| 7. | Water Street Financial | Unsecured | 15,334.38 | 0.00 |
| 8. | National Capital Management | Unsecured | 677.23 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 940.04 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 684.93 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 625.18 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 424.43 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 574.75 | 0.00 |
| 14. | B-Line LLC | Unsecured | 628.46 | 0.00 |
| 15. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 16. | HSBC | Unsecured | | No Claim Filed |
| 17. | Custom Auto Credit Sales | Unsecured | | No Claim Filed |
| 18. | Elite Recovery Services | Unsecured | | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 20. | Lawrence Technologies | Unsecured | | No Claim Filed |
| 21. | Nuvell Credit Company LLC | Unsecured | | No Claim Filed |
| | | | $ 60,119.35 | $ 934.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Washington, Robert C | Case Number: 08 B 18109 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 7/14/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 26.46 |
| 6.6% | 39.16 |
| | $ 65.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*